Respondent), v. Simon Zinn and London Guarantee and Accident Company, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Lyon, J., who dissented.

In the Matter of the Petition of George E. Green, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 11,753, Issued to George T. Cunningham and Transferred to John J. Reed, Appellant.— Order as to *subpœna duces tecum* unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Petition of George E. Green, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 11,753, Issued to George T. Cunningham and Transferred to John J. Reed, Appellant.— Order revoking certificate unanimously affirmed, with costs.

George L. Nichols and Albert G. Milbank, as Executors, etc., Respondents, v. John P. Kellas, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Mr. Justice Borst at Trial Term. (Reported in 90 Misc. Rep. 432.)

Edward Ott, Respondent, v. Joseph Holden, Appellant.— Judgment and order unanimously affirmed, with costs.

Saverio Pisaniello, Respondent, v. Kellogg Boynton, as Surviving Partner of the Copartnership Composed of Kellogg Boynton and George McNally, Doing Business under the Firm Name and Style of Boynton & McNally, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Joseph E. Quinn, Respondent, v. The Foundation Company, Appellant.— Judgment and order reversed on the ground that the verdict is excessive, and new trial granted, with costs to the appellant to abide event, unless the plaintiff will stipulate to reduce the verdict to $12,000, in which event the judgment is modified, and as so modified judgment and order affirmed, without costs to either party. All concurred, except Woodward, J., who voted for affirmance.

Shuttleworth Brothers Company, Respondent, v. Raymond M. Booth and Another, Appellants.— Judgment and orders unanimously affirmed, with costs.

Troy Waste Manufacturing Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Woodward, J., who dissented; Cochrane, J., not sitting.

George H. Chapman v. Niagara Silk Mills.— Motion denied.

Walter J. F. Doyle, Respondent, v. Troy Union Railroad Company, Appellant.— Motion denied.

The Dry Milk Company, Appellant, v. Dairy Products Company of New York and Others, Including Defendant, Respondent, Charles Schmidt.— Motion to resettle order granted.

George D. Fish, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Motion denied.

J. John Hassett, Appellant, v. Harriet Arnot Rathbone, Personally, and as President of T. Briggs & Company, and T. Briggs & Company,

Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

J. John Hassett, Appellant, v. Harriet Arnot Rathbone, Personally, and as President of T. Briggs & Company, and T. Briggs & Company, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Morris Lieberman, as Administrator, etc., of Abraham Lieberman, Deceased, Respondent, v. Amos C. Van Gaasbeek and Another, Individually and as Executors, etc., and Another, Appellants.— Motion denied.

Charles H. Mulroney, Respondent, v. James O. Winston and Others, Appellants.— Motion denied.    Cochrane, J., not sitting.

Joseph T. Mulligan, Appellant, v. Charles Strauss and Others, Commissioners of the Board of Water Supply of the City of New York, and William A. Prendergast, Comptroller of the City of New York, Respondents, Impleaded with Jerome H. Buck, Appellant.— Motion denied.

In the Matter of the Claim of Mary V. Saxon for Compensation under the Workmen's Compensation Law, v. Erie Railroad Company, Employer and Self-insurer.— Motion granted.

In the Matter of the Claim of Eugene B. Waite, Jr., for Compensation under the Workmen's Compensation Law, v. The Pennsylvania Railroad Company, Employer.— Motion denied.

In the Matter of the Claim of Ella Bloomfield for Compensation under the Workmen's Compensation Law, v. S. November, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of John Frederick Benton for Compensation under the Workmen's Compensation Law, v. George H. Fraser, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of George C. Rist, Respondent, for Compensation under the Workmen's Compensation Law, v. Larkin & Sangster, Employer, and United States Fidelity and Guaranty Company, Appellants.— Motion denied.

In the Matter of the Probate of the Instrument, Dated May 8, 1912, of Charlotte Potter, Deceased. Alonzo H. Potter, Appellant; Augusta Gould, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, P. J., who dissented.

Anna Quirk, Respondent, v. Mary Coyne, Appellant.— Judgment unanimously affirmed, with costs.    Lyon, J., not sitting.

Daniel G. Underwood and William G. Tiffany v. John P. Ahrens.— Motion held until the first motion day of the May term, when the parties may present affidavits to the court showing the nature of the controversy and the questions sought to be reviewed and other facts, so that the court may better determine what action should be taken.

Carl Zoffnass, Respondent, v. Isaac B. Levy, Appellant.— If the defendant, within twenty days, files a bond in the penalty of six hundred dollars with two sufficient sureties, conditioned for the payment of any judgment